## THE BISMARCK.

(Circuit Court of Appeals, Second Circuit. January 7, 1924.)

### No. 156.

Appeal from the District Court of the United States for the Southern District of New York.

Suit in admiralty for collision by the Berwind-White Coal Mining Company, owner of the tug Windber, against the steam tug Bismarck; the Cahill Towing Line, Inc., claimant. Decree for claimant (297 Fed. 840), and libelant appeals. Affirmed.

Macklin, Brown & Van Wyck, of New York City (Pierre M. Brown, of New York City, of counsel). for appellant.

Foley & Martin, of New York City (William J. Martin and George V. A. McCloskey, both of New York City, of counsel), for appellee.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.